UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALVIN JAVIER,<br>a/k/a "Sopha,"<br><br>Defendant. | ) Criminal No. 20-10256-CR-WGY(s)<br>)<br>) Violations:<br>)<br>)<br>) <u>Count One</u>: Conspiracy to Distribute and to<br>) Possess with Intent to Distribute Cocaine and<br>) Fentanyl<br>) (21 U.S.C. § 846)<br>)<br>)<br>) <u>Forfeiture Allegation</u>:<br>) (21 U.S.C. § 853) |

<u>SUPERSEDING INFORMATION</u>

<u>COUNT ONE</u>
Conspiracy to Distribute and to Possess with Intent to Distribute Cocaine and Fentanyl
(21 U.S.C. § 846)

The United States Attorney charges:

From in or about March 2017 through in or about October 2020, in Fall River, New Bedford, and Somerset, in the District of Massachusetts, Providence, Newport, and Middletown, in the District of Rhode Island, and Bridgeport, in the District of Connecticut, and elsewhere, the defendant,

ALVIN JAVIER a/k/a "Sopha,"

conspired with other persons to knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, and a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as fentanyl, a Schedule II controlled

substance, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846.

## DRUG FORFEITURE ALLEGATION
(21 U.S.C. § 853)

1. Upon conviction of the offense in violation of Title 21, United States Code, Section 846, set forth in Count One, the defendant,

ALVIN JAVIER a/k/a "Sopha,"

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense.

2. If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 21, United States Code, Section 853, as a result of any act or omission of the defendant -

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in

Paragraph 1 above.

All pursuant to Title 21, United States Code, Section 853.

_____
ANN TAYLOR
Assistant United States Attorney
District of Massachusetts